IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PACIFIC FINANCIAL ASSOCIATION, INC.,  §
§
          Plaintiff,                      §
§
v.                                     §                    1:23-CV-308-RP
§
JOHN LAPP,                             §
§
          Defendant.                     §

## FINAL JUDGMENT

On this date, the Court entered an order granting Plaintiff Pacific Financial Association, Inc.'s ("Pacific") motion for summary judgment against Defendant John Lapp. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Pacific is awarded the following sums:

- $65,000.00 as the principal amount due to the breach of contract;

- Prejudgment interest of $7,253.50;

- $13,000.00 as collection fees;

- $5,390.00 as attorney's fees;

- Costs of Court; and

- Post-judgment interest pursuant to 28 U.S.C. § 1961.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that costs are taxed in favor of Pacific and against

Defendant.

**SIGNED** on December 18, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE